# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANK J. PRICE; and LISA PRICE,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  **Case No.: 2:21-cv-155-AMM**<br>) |
| **FAMILY DOLLAR STORES OF ALABAMA, LLC; and SHENITA G. TURNER,** | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For the reasons stated in the memorandum opinion entered contemporaneously herewith, the court finds that it lacks jurisdiction to hear this case and this case is **REMANDED** to the Circuit Court of Jefferson County, Alabama.

**DONE** and **ORDERED** this 3rd day of May, 2021.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE